**LINCOLN COUNTY DISTRICT ATTORNEY**
181 North Main Street, Suite 205
P.O. Box 60
Pioche, Nevada 89043
Telephone: (775) 962-8073
Dylan V. Frehner, NV Bar No. 9020
dfrehner@lincolncountynv.gov

**SNELL & WILMER L.L.P.**
50 West Liberty Street, Suite 510
Reno, NV 89501-1961
Telephone: (775) 785-5429
Wayne Klomp, NV Bar No. 10109
wklomp@swlaw.com

Attorneys for Plaintiff, LINCOLN COUNTY
WATER DISTRICT

**ALLISON MACKENZIE, LTD.**
402 N. Division St.
Carson City, NV 89703
Telephone: (775) 962-8073
Karen Peterson, NV Bar No. 366
kpeterson@allisonmackenzie.com

**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4417
Telephone: (602) 440-4800
John C. Lemaster, AZ Bar No. 011588
Admitted *Pro Hac*
jlemaster@rcalaw.com

Attorneys for Plaintiff, VIDLER WATER
COMPANY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>                Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER<br>                Defendant. | Case No. 2:20-cv-01891-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO SUBMIT OPPOSITION TO THE MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY THERETO.**<br><br>**First Request** |

IT IS HEREBY STIPULATED between Plaintiffs LINCOLN COUNTY WATER DISTRICT

("LINCOLN"), a political subdivision of the State of Nevada, by and through its counsel DYLAN V.

FREHNER, ESQ., LINCOLN COUNTY DISTRICT ATTORNEY and SNELL & WILMER, and

VIDLER WATER COMPANY, INC., ("VIDLER"), a Nevada corporation, by and through its attorney,

ALLISON, MACKENZIE, LTD., and RYLEY CARLOCK & APPLEWHITE (collectively

"Plaintiffs"), and Defendant STATE OF NEVADA, on relation to its Division of Water Resources, Department of Conservation and Natural Resources,  Nevada State Engineer ("Defendant"), as follows:

1. This is the parties' first stipulation for an extension of time to file their motion papers.

2. The reasons for the stipulated extension include that the original Response deadline of Monday, November 2 falls on the Monday following the State Holiday of Nevada Day on October 30 where all State, Plaintiffs', and Plaintiffs' Nevada Counsel offices are closed, that Plaintiffs' attorneys have prior client commitments, that all parties also face busier than usual schedules due to the upcoming general elections, and finally, the COVID-19 Pandemic and the remote work environment has caused logistical issues in meeting the current deadline.

3. Plaintiffs' time to file their Opposition to Defendant's Motion to Dismiss shall be extended by seven days to **November 9, 2020**;

4. Defendant's time to file its Reply brief in support of its Motion to dismiss is extended to **November 23, 2020**.

///
///
///
///
///
///
///
///
///
///
///
///

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   29th day of October, 2020.

No hearing date has been set on the underlying Motion to Dismiss.

- 2 -

1  Dated this 28th day of October, 2020

2      */s/  Akke Levin*                                    */s/  Wayne Klomp*
   Aaron D. Ford                                    Dylan V. Frehner
3          Attorney General                         Lincoln County District Attorney
   Steve Shevorkski (Bar No. 8256)                  181 North Main Street, Suite 205
4          Chief Litigation Counsel                 P.O. Box 60
   Akke Levin (Bar No. 9102)                        Pioche, Nevada 89043
5          Senior Deputy Attorney General           Telephone: (775) 962-8073
   Kiel B. Ireland (Bar No. 15368C)                 dfrehner@lincolncountynv.gov
6          Deputy Attorney General
   Office of the Attorney General                   Wayne Klomp
7  555 E. Washington Ave. Ste. 3900                 Snell & Wilmer
   Las Vegas, NV 89101                              50 West Liberty Street, Suite 510
8  sshevorski@ag.nv.gov                             Reno, NV 89501-1961
   alevin@ag.nv.gov                                 Telephone: (775) 785-5429
9  kireland@ag.nv.gov                               wklomp@swlaw.com
                                                    *Attorneys for Plaintiff Lincoln County Water*
10 *Attorneys for Defendants*                       *District*

11                                                      */s/  John C. Lemaster*
                                                    Karen Peterson
12                                                  Allison Mackenzie, LTD.
                                                    402 N. Division St.
13                                                  Carson City, NV 89703
                                                    Telephone: (775) 962-8073
14                                                  kpeterson@allisonmackenzie.com

15                                                  John C. Lemaster
                                                    Ryley Carlock & Applewhite
16                                                  One North Central Avenue, Suite 1200
                                                    Phoenix, Arizona  85004-4417
17                                                  Telephone: (602) 440-4800
                                                    Admitted *Pro Hac*
18                                                  jlemaster@rcalaw.com
                                                    *Attorneys for Plaintiff Vidler Water Company*
19

20

21

22

23                            **ORDER**

24

25         IT IS SO ORDERED:

26                                    _____
                                      UNITED STATES DISTRICT COURT JUDGE
27
                                      DATED:_____
28