AARON D. FORD
  Attorney General
Steve Shevorski (Bar No. 8256)
  Chief Litigation Counsel
Akke Levin (Bar No. 9102)
  Senior Deputy Attorney General
Kiel B. Ireland (Bar No. 15368C)
  Deputy Attorney General
Office of the Attorney General
555 E. Washington Ave, Ste. 3900
Las Vegas, NV 89101
(702) 486-3420 (phone)
(702) 486-3773 (fax)
sshevorski@ag.nv.gov
alevin@ag.nv.gov
kireland@ag.nv.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER; and TIM WILSON, STATE ENGINEER,<br><br>Defendants. | Case No. 2:20-cv-01891-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br>**(First Request)** |

It is hereby stipulated by and between the parties in the above-entitled matter, by and through counsel, that:

1. The current deadline for Defendants to answer or otherwise respond to Plaintiffs' first amended complaint, ECF No. 14, is November 20, 2020;

2. This is the parties' first stipulation for an extension of time to answer or otherwise respond to Plaintiffs' first amended complaint;

. . .

3. The reasons for the extension include that Defendants' counsel has had to dedicate significant time responding to an unanticipated emergency motion for a temporary restraining order related to the COVID-19 response in another case; that Defendants' counsel has additional preexisting commitments the week of November 16, including multiple court hearings; and that November 26 and 27, 2020 are State and/or federal holidays; and

4. Defendants' time to answer or otherwise respond to the first amended complaint shall be extended by 14 days to December 4, 2020.

DATED this 17th day of November, 2020.

AARON D. FORD
Attorney General

By: /s/ Kiel B. Ireland
Steve Shevorski (Bar No. 8256)
Chief Litigation Counsel
Akke Levin (Bar No. 9102)
Senior Deputy Attorney General
Kiel B. Ireland (Bar No. 15368C)
Deputy Attorney General
*Attorneys for Defendants*

DATED this 17th day of November, 2020.

SNELL & WILMER L.L.P.

By: /s/ Wayne Klomp
Wayne Klomp (Bar No. 10109)
500 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
(775) 785-5440

Dylan V. Frehner (Bar No. 9020)
Lincoln County District Attorney
181 North Main Street, suite 205
P.O. Box 60
Pioche, Nevada 89043
(775) 962-8073

*Attorneys for Plaintiff
Lincoln County Water District*

DATED this 17th day of November, 2020.

RYLEY CARLOCK & APPLEWHITE PA

By: /s/ John C. Lemaster
John C. Lemaster
(admitted pro hac vice)
One North Central Avenue, Suite 1200
Phoenix, AZ 85004
(602) 440-4831

Karen A. Peterson (Bar No. 366)
ALLISON MACKENZIE, LTD.
402 North Division St.
P.O. Box 646
Carson City, NV 89703
(775) 687-0202

*Attorneys for Plaintiff
Vidler Water Company, Inc.*

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

**Dated: November 18, 2020**

. . .