| | |
|---|---|
| **LINCOLN COUNTY DISTRICT ATTORNEY**<br>Dylan V. Frehner<br>NV Bar No. 9020<br>181 North Main Street, Suite 205<br>P.O. Box 60<br>Pioche, Nevada 89043<br>Telephone: (775) 962-8073<br>dfrehner@lincolncountynv.gov<br><br>**SNELL & WILMER**<br>Wayne O. Klomp<br>NV Bar No. 10109<br>50 West Liberty Street, Suite 510<br>Reno, NV 89501-2412<br>Telephone: (775) 785-5429<br>wklomp@swlaw.com<br><br>Attorneys for Plaintiff, Lincoln County Water District | **ALLISON MACKENZIE, LTD.**<br>Karen Peterson<br>NV Bar No. 366<br>402 N. Division St.<br>Carson City, NV 89703<br>Telephone: (775) 962-8073<br>kpeterson@allisonmackenzie.com<br><br>**RYLEY CARLOCK & APPLEWHITE**<br>John C. Lemaster<br>AZ Bar No. 011588<br>Admitted *Pro Hac*<br>3200 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012<br>Telephone: (602) 440-4800<br>jlemaster@rcalaw.com<br><br>Attorneys for Plaintiff Vidler Water Company, Inc. |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER, and ADAM SULLIVAN, ACTING STATE ENGINEER<br><br>          Defendants. | Case No. 2:20-cv-01891-RFB-EJY<br><br><br><br><br>**STIPULATION AND ORDER OF RULE 25(d) SUBSTITUTION OF DEFENDANT** |

It is hereby stipulated by and between the parties in the above-captioned matter, by and through counsel:

Adam Sullivan shall be substituted for Tim Wilson as a party to the above-captioned matter. Tim Wilson has retired from the position of Nevada State Engineer effective November 30, 2020, and Adam Sullivan has been named Acting State Engineer effective November 30, 2020. Under Fed. R. Civ. P. 25(d), the successor to a "public officer who is a party in an official

4782089.1
11/30/20

capacity" is automatically substituted as a party. "[A]ny misnomer not affecting the parties' substantial rights must be disregarded." *Id.* The Rule also provides that the Court may enter an Order confirming the substitution. *Id*.

The Parties request the Court enter an Order confirming the Substitution of Adam Sullivan, Acting State Engineer, for Tim Wilson, State Engineer.

**DATED:** December 1, 2020.

 /s/ Kiel B. Ireland
STEVE SHEVORSKI (NV Bar No. 8256)
Chief Litigation Counsel
AKKE LEVIN (NV Bar No. 9102)
Senior Deputy Attorney General
KIEL B. IRELAND (NV Bar No. 15368C)
Deputy Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
sshevorski@ag.nv.gov
alevin@ag.nv.gov
kireland@ag.nv.gov
*Attorneys for Defendants*

 /s/ Dylan V. Frehner
DYLAN V. FREHNER, ESQ.
Nevada State Bar No. 9020
LINCOLN COUNTY DISTRICT ATTORNEY
181 North Main Street, Suite 205
PO Box 60
Pioche, Nevada 89043
dfrehner@lincolncountynv.gov

WAYNE O. KLOMP
Nevada State Bar No. 10109
SNELL & WILMER
50 West Liberty Street
Suite 510
Reno, NV 89501-2412
Email: wklomp@swlaw.com
*Attorneys for Plaintiff*
*Lincoln County Water District*

 /s/ John C. Lemaster
KAREN A. PETERSON, ESQ.
Nevada State Bar No. 366
ALLISON MACKENZIE, LTD.
402 North Division Street
Carson City, Nevada 89703
kperteson@allisonmackenzie.com

JOHN C. LEMASTER
AZ Bar No. 011588
RYLEY CARLOCK & APPLEWHITE
3200 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
jlemaster@rcalaw.com
Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*
*Vidler Water Company*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATED: December 2, 2020

- 2 -