| | |
|---|---|
| **LINCOLN COUNTY DISTRICT ATTORNEY**<br>Dylan V. Frehner<br>NV Bar No. 9020<br>181 North Main Street, Suite 205<br>P.O. Box 60<br>Pioche, Nevada 89043<br>Telephone: (775) 962-8073<br>dfrehner@lincolncountynv.gov | **ALLISON MACKENZIE, LTD.**<br>Karen Peterson<br>NV Bar No. 366<br>402 N. Division St.<br>Carson City, NV 89703<br>Telephone: (775) 962-8073<br>kpeterson@allisonmackenzie.com |
| **SNELL & WILMER**<br>Wayne O. Klomp<br>NV Bar No. 10109<br>50 West Liberty Street, Suite 510<br>Reno, NV 89501-2412<br>Telephone: (775) 785-5429<br>wklomp@swlaw.com | **RYLEY CARLOCK & APPLEWHITE**<br>John C. Lemaster<br>AZ Bar No. 011588<br>Admitted *Pro Hac*<br>3200 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012<br>Telephone: (602) 440-4800<br>jlemaster@rcalaw.com |
| Attorneys for Plaintiff, Lincoln County Water District | Attorneys for Plaintiff Vidler Water Company, Inc. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER, and ADAM SULLIVAN, ACTING STATE ENGINEER<br><br>Defendants. | Case No. 2:20-cv-01891-RFB-EJY<br><br><br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' MOTION TO STAY DISCOVERY** |

Plaintiffs moved for leave to file a Sur-Reply to Defendants' Motion to Stay Discovery. ECF No. 41. Defendants do not oppose the Motion for Leave if Defendants are permitted to supplement their Reply after the filing of the proposed Sur-Reply. ECF No. 48. Pursuant to the Parties' agreement, and good cause appearing,

**IT IS THEREFORE ORDRED**, as follows:

1  (a) **Plaintiffs shall file Sur-Reply to Motion to Stay Discovery:** Plaintiffs shall file the Plaintiffs' Sur-Reply to Defendants' Motion to Stay Discovery, ECF No 29, as attached to Plaintiffs' Motion for Leave (ECF No. 41-1), by January 8, 2021.

(b) **Defendants shall file supplement to Motion to Stay Discovery.** Defendants shall file a supplement to their Reply to Plaintiffs' Response to Motion to Stay Discovery (ECF No. 33) to address new points made in Plaintiffs' Sur-Reply by January 15, 2021.

**DATED:** January 6, 2021.

| | |
|---|---|
| /s/ John C. Lemaster<br>Karen A. Peterson (NV Bar No. 366)<br>**ALLISON MACKENZIE, LTD**<br>402 North Division Street<br>Carson City, Nevada 89703<br>775-962-8073<br>kpeterson@allisonmackenzie.com<br><br>John C. Lemaster (AZ Bar No. 011588)<br>**RYLEY CARLOCK & APPLEWHITE**<br>3200 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012<br>602-440-4800<br>jlemaster@rcalaw.com<br>Admitted *Pro Hac Vice*<br>*Attorneys for Vidler Water Company*<br><br>/s/ Wayne Klomp (with permission)<br>Dylan V. Frehner (NV Bar No. 9020)<br>**LINCOLN COUNTY DISTRICT ATTORNEY**<br>181 North Main Street, Suite 205<br>Pioche, Nevada 89043<br>775-962-8073<br>dfrehner@lincolncountynv.gov<br><br>Wayne O. Klomp (NV Bar No. 10109)<br>**SNELL & WILMER, LLP**<br>50 West Liberty Street, Suite 510<br>Reno, Nevada 89501<br>775-785-5429<br>wklomp@swlaw.com<br>*Attorneys for Lincoln County Water District* | /s/ Kiel B. Ireland (with permission)<br>Aaron D. Ford<br>**NEVADA ATTORNEY GENERAL'S OFFICE**<br>Steve Shevorski (NV Bar No. 8256) Chief Litigation Counsel<br>Akke Levin (NV Bar No. 9102)<br>Senior Deputy Attorney General<br>Kiel B. Ireland (NV Bar No. 15368C)<br>Deputy Attorney General<br>555 East Washington Avenue, Suite 3900<br>Las Vegas, Nevada 89101<br>702-486-3420<br>sshevorski@ag.nv.gov<br>alevin@ag.nv.gov<br>kireland@ag.nv.gov<br>*Attorneys for Defendants*<br><br><br>**IT IS SO ORDERED, NUNC PRO TUNC. The parties are hereby ordered to file their respective sur-reply and supplement as stated in the Stipulation.**<br><br>*[signature]*<br>UNITED STATES MAGISTRATE JUDGE<br>DATED: January 22, 2021 |

- 2 -