**LINCOLN COUNTY DISTRICT ATTORNEY**
Dylan V. Frehner
NV Bar No. 9020
181 North Main Street, Suite 205
P.O. Box 60
Pioche, Nevada 89043
Telephone: (775) 962-8073
dfrehner@lincolncountynv.gov

**GREAT BASIN LAW**
Wayne Klomp
NV Bar No. 10109
1783 Trek Trail
Telephone: (775) 770-0386
wayne@greatbasinlawyer.com

Attorneys for Plaintiff, LINCOLN COUNTY WATER DISTRICT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER, and ADAM SULLIVAN, ACTING STATE ENGINEER<br><br>　　　　　Defendants. | Case No. 2:20-cv-01891-RFB-EJY<br><br><br><br>**STIPULATION AND ORDER REGARDING SUBSTITUTION OF COUNSEL** |

**NOTICE IS HEREBY GIVEN** pursuant to Local Rule IA 11-6(c) that Plaintiffs Lincoln County Water District ("Lincoln") substitutes Great Basin Law and attorney Wayne Klomp to represent Lincoln for all purposes in the above-entitled action in the place of Snell & Wilmer L.L.P.  This substitution will not cause delay of any discovery, trial or hearing in this case.  Dylan Frehner, the Lincoln County District Attorney, will continue representing Lincoln.

All further notices and service upon Lincoln should be completed at the address for Wayne Klomp, Esq. at Great Basin Law identified below as well as Dylan Frehner.

Dated: August 11, 2021        LINCOLN COUNTY WATER DISTRICT

By: */s/ Wade Poulsen*
Wade Poulsen
General Manager

## CONSENT TO SUBSTITUTION

The law firm of Snell & Wilmer L.L.P. acknowledges that Lincoln is substituting Wayne Klomp, Esq. of Great Basin Law to represent it in this action and consents to the same.

Dated: August 11, 2021        SNELL & WILMER L.L.P.

By: */s/ Richard C. Gordon*
Richard C. Gordon, Esq.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169
rgordon@swlaw.com

## ACCEPTANCE OF SUBSTITUTION

Wayne Klomp of Great Basin Law accepts substitution as counsel for Lincoln for all purposes in this action. Service on Lincoln can be completed at the address below.

Dated: August 11, 2021        GREAT BASIN LAW

By: */s/ Wayne Klomp*
Wayne Klomp, Esq.
1783 Trek Trail
Reno, Nevada 89521
wayne@greatbasinlawer.com

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: August 12, 2021