| | |
|---|---|
| **LINCOLN COUNTY DISTRICT ATTORNEY**<br>Dylan V. Frehner<br>NV Bar No. 9020<br>181 North Main Street, Suite 205<br>P.O. Box 60<br>Pioche, Nevada 89043<br>Telephone: (775) 962-8073<br>dfrehner@lincolncountynv.gov | **ALLISON MACKENZIE, LTD.**<br>Karen Peterson<br>NV Bar No. 366<br>402 N. Division St.<br>Carson City, NV 89703<br>Telephone: (775) 687-0202<br>kpeterson@allisonmackenzie.com |
| **GREAT BASIN LAW**<br>Wayne O. Klomp<br>NV Bar No. 10109<br>1783 Trek Trail<br>Reno, NV 89521<br>Telephone: (775) 770-0386<br>wayne@greatbasinlawyer.com | **RYLEY CARLOCK & APPLEWHITE**<br>John C. Lemaster<br>AZ Bar No. 011588- Admitted *Pro Hac*<br>Daniel S. Herder<br>AZ Bar No. 035556- Admitted *Pro Hac*<br>3200 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012<br>Telephone: (602) 440-4800<br>jlemaster@rcalaw.com |
| Attorneys for Plaintiff, LINCOLN COUNTY WATER DISTRICT | Attorneys for Plaintiff VIDLER WATER COMPANY, INC. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER, and ADAM SULLIVAN, STATE ENGINEER<br><br>    Defendants. | Case No. 2:20-cv-01891-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO REPLY TO RESPONSE TO MOTION TO LIFT STAY AND TO REPLY TO RESPONSE TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE**<br><br>**(First Request)** |

It is hereby stipulated by and between the parties in the above-entitled matter, by and through counsel, that:

1. Plaintiffs filed the Motion to Lift Partial Stay of Discovery (ECF No. 66) the Motion for Leave to File Supplemental Response to Motion to Dismiss First Amended

4842172.2
08/18/21

Complaint (ECF No. 67) on July 30, 2021;

2. Plaintiffs' deadline to file their Reply to Defendants' Response to Plaintiffs' Motion to Lift Partial Stay of Discovery (ECF No. 66) and for Plaintiffs to file their Reply to Defendants' Response to Plaintiffs' Motion for Leave to File Supplemental Response to Motion to Dismiss First Amended Complaint (ECF No. 67) shall be extended by 7 days, through **August 27, 2021**;

3. The reasons for the extension include that one of Plaintiffs' counsel has needed to attend to a health emergency in the family;

4. This is the parties' first stipulation for an extension of time to file a reply to either of the above-listed motions.

///

///

//

1  DATED: August 18, 2021.

3  /s/ *Kiel B. Ireland*
STEVE SHEVORSKI (NV Bar No. 8256)
Chief Litigation Counsel
4  AKKE LEVIN (NV Bar No. 9102)
Senior Deputy Attorney General
5  KIEL B. IRELAND (NV Bar No. 15368C)
Deputy Attorney General
6  555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101
7  sshevorski@ag.nv.gov
alevin@ag.nv.gov
8  kireland@ag.nv.gov
9  *Attorneys for Defendants*

/s/ *Wayne O. Klomp*
DYLAN V. FREHNER, ESQ.
Nevada State Bar No. 9020
LINCOLN COUNTY DISTRICT ATTORNEY
181 North Main Street, Suite 205
PO Box 60
Pioche, Nevada 89043
dfrehner@lincolncountynv.gov

WAYNE O. KLOMP
Nevada State Bar No. 10109
GREAT BASIN LAW
1783 Trek Trail
Reno, NV 89521
wayne@greatbasinlawyer.com
*Attorneys for Plaintiff*
*Lincoln County Water District*

/s/ *John C. Lemaster*
KAREN A. PETERSON, ESQ.
Nevada State Bar No. 366
ALLISON MACKENZIE, LTD.
402 North Division Street
Carson City, Nevada 89703
kperteson@allisonmackenzie.com

JOHN C. LEMASTER
AZ Bar No. 011588
RYLEY CARLOCK & APPLEWHITE
3200 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
jlemaster@rcalaw.com
Admitted *Pro Hac Vice*
*Attorneys for Plaintiff*
*Vidler Water Company*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 18, 2021

- 3 -