**ALLISON MACKENZIE, LTD.**
Karen Peterson
NV Bar No. 366
402 N. Division St.
Carson City, NV 89703
Telephone: (775) 962-8073
kpeterson@allisonmackenzie.com

**CLARK HILL PLC**
John C. Lemaster
AZ Bar No. 011588 - Admitted *Pro Hac Vice*
jlemaster@clarkhill.com
Daniel S. Herder
AZ Bar No. 035556 – Admitted *Pro Hac Vice*
dherder@clarkhill.com
3200 North Central Avenue, Suite 1600
Phoenix, Arizona 85012
Telephone: (602) 440-4800

Attorneys for Plaintiff
Vidler Water Company, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER,<br><br>Defendant. | Case No. 2:20-cv-01891-RFB-EJY<br><br>**STIPULATION AND ORDER REGARDING SUBSTITUTION OF COUNSEL** |

**NOTICE IS HEREBY GIVEN** pursuant to Local Rule IA 11-6(c) that Plaintiff Vidler Water Company, Inc. ("Vidler") substitutes Clark Hill, PLC to represent Vidler for all purposes in the above entitled action in place of Ryley Carlock and Applewhite, PC. This substitution will not cause delay of any discovery, trial or hearing in this case. Attorney Karen A. Peterson of Allison Mackenzie, LTD will continue to represent Vidler

CLARKHILL\L0119\438480\267541811.v2-6/15/22

in this action, and Peterson will also continue to serve as Designated Resident Nevada Counsel.

All further notices and service upon Vidler should be completed at the address for John Lemaster and Daniel Herder at Clark Hill, PLC identified below, as well as the address for Karen Peterson.

Dated: June 15, 2022        VIDLER WATER COMPANY, INC.

_____
Dorothy A. Timian-Palmer, P.E.
CEO/President

## CONSENT TO SUBSTITUTION

The law firm of Ryley Carlock and Applewhite acknowledges that Vidler is substituting attorneys John C. Lemaster and Daniel S. Herder of Clark Hill, PLC to represent it in this action and consents to the same.

**DATED** this June 15, 2022.

RYLEY CARLOCK AND APPLEWHITE PC

_/s/ John C. Lemaster_
John C. Lemaster, Esq.
Ryley Carlock and Applewhite, PC

## ACCEPTANCE OF SUBSTITUTION

John C. Lemaster and Daniel S. Herder of Clark Hill PLC accept substitution of counsel for Vidler for all purposes of this action. Service on Vidler can be completed at the addresses below.

**DATED** June 15, 2022.

- 2 -

CLARKHILL\L0119\438480\267541811.v2-6/15/22

|   |   |
|---|---|
|   | By: /s/ *John C. Lemaster* |
|   | **JOHN C. LEMASTER, ESQ.** |
|   | Arizona Bar No. 011588 |
|   | Admitted Pro Hac Vice |
|   | Email: jlemaster@clarkhill.com |
|   | **DANIEL S. HERDER, ESQ.** |
|   | AZ Bar No. 035556 |
|   | Admitted Pro Hac Vice |
|   | Email: dherder@clarkhill.com |
|   | CLARK HILL, PLC |
|   | 3200 North Central Avenue, Suite 1600 |
|   | Phoenix, Arizona 85012 |
|   | Telephone: (602) 440-4831 |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  June 16, 2022