| | |
|---|---|
| **LINCOLN COUNTY DISTRICT ATTORNEY**<br>Dylan V. Frehner<br>NV Bar No. 9020<br>181 North Main Street, Suite 205<br>P.O. Box 60<br>Pioche, Nevada 89043<br>Telephone: (775) 962-8073<br>dfrehner@lincolncountynv.gov | **ALLISON MACKENZIE, LTD.**<br>Karen Peterson<br>NV Bar No. 366<br>402 N. Division St.<br>Carson City, NV 89703<br>Telephone: (775) 687-0202<br>kpeterson@allisonmackenzie.com |
| **GREAT BASIN LAW**<br>Wayne O. Klomp<br>NV Bar No. 10109<br>1783 Trek Trail<br>Reno, NV 89521<br>Telephone: (775) 770-0386<br>wayne@greatbasinlawyer.com | **CLARK HILL**<br>John C. Lemaster<br>AZ Bar No. 011588- Admitted *Pro Hac*<br>Daniel S. Herder<br>AZ Bar No. 035556- Admitted *Pro Hac*<br>3200 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012<br>Telephone: (602) 440-4800<br>jlemaster@clarkhill.com |
| Attorneys for Plaintiff, LINCOLN COUNTY WATER DISTRICT | Attorneys for Plaintiff VIDLER WATER COMPANY, INC. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER, and ADAM SULLIVAN, ACTING STATE ENGINEER<br><br>Defendants. | Case No. 2:20-cv-01891-RFB-EJY<br><br>**STIPULATION REGARDING DEADLINES TO RESPOND AND REPLY TO PLAINTIFFS' MOTION TO LIFT STAY (ECF No. 84)**<br><br>**(First Request)** |

It is hereby stipulated pursuant to LR 7-1 by and between the parties in the above-entitled matter, by and through counsel, that:

1. Plaintiffs filed the Motion to Lift Stay (ECF No. 84) on June 10, 2022;

2. Defendants deadline to file a Response to Motion to Lift Stay shall be extended

267601597.v3

through and including **July 1, 2022**.

3. Plaintiffs' deadline to file a Reply to Defendants' Response to Motion to Lift Stay shall be extended through and including fourteen (14) days from the date Defendants file their Response.

4. This is the parties' first stipulation for an extension of time to file a response or reply to the above-listed motion.

**DATED:** June 20, 2022.

| | |
|---|---|
| /s/ *John C. Lemaster* | /s/ *Steve Shevorski* (with permission) |
| Karen A. Peterson (NV Bar No. 366) | Aaron D. Ford |
| **ALLISON MACKENZIE, LTD** | **NEVADA ATTORNEY GENERAL'S OFFICE** |
| 402 North Division Street | Steve Shevorski (NV Bar No. 8256) Chief |
| Carson City, Nevada 89703 | Litigation Counsel |
| 775-962-8073 | Akke Levin (NV Bar No. 9102) |
| kpeterson@allisonmackenzie.com | Senior Deputy Attorney General |
| | Kiel B. Ireland (NV Bar No. 15368C) |
| John C. Lemaster (AZ Bar No. 011588) | Deputy Attorney General |
| **CLARK HILL** | 555 East Washington Avenue, Suite 3900 |
| 3200 North Central Avenue, Suite 1600 | Las Vegas, Nevada 89101 |
| Phoenix, Arizona 85012 | 702-486-3420 |
| 602-440-4800 | sshevorski@ag.nv.gov |
| jlemaster@clarkhill.com | alevin@ag.nv.gov |
| *Attorneys for Vidler Water Company* | kireland@ag.nv.gov |
| | *Attorneys for Defendants* |
| /s/ *Wayne Klomp* (with permission) | |
| Dylan V. Frehner (NV Bar No. 9020) | |
| **LINCOLN COUNTY DISTRICT ATTORNEY** | |
| 181 North Main Street, Suite 205 | |
| Pioche, Nevada 89043 | |
| 775-962-8073 | |
| dfrehner@lincolncountynv.gov | |
| | |
| Wayne O. Klomp (NV Bar No. 10109) | |
| **SNELL & WILMER, LLP** | |
| 50 West Liberty Street, Suite 510 | |
| Reno, Nevada 89501 | |
| 775-785-5429 | |
| wklomp@swlaw.com | |
| *Attorneys for Lincoln County Water District* | IT IS SO ORDERED: |

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED: __June 21, 2022__

- 2 -