**GREAT BASIN LAW**
Wayne Klomp
NV Bar No. 10109
PO Box 17225
Reno, Nevada 89511
Telephone: (775) 770-0386
wayne@greatbasinlawyer.com

*Attorney for Plaintiff, Lincoln County Water District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER, and ADAM SULLIVAN, ACTING STATE ENGINEER<br><br>Defendants. | Case No. 2:20-cv-01891-RFB-EJY<br><br>**STIPULATION FOR WITHDRAWAL OF COUNSEL** |

It is hereby stipulated by and between Plaintiff, Lincoln County Water District (the "Water District"), by and through its counsel of record, Great Basin Law, and Dylan Frehner, formerly of the Lincoln County District Attorney's Office, former counsel for the Water District, that Dylan Frehner and the Lincoln County District Attorney's Office hereby withdraw as counsel of record for Plaintiff. The Water District retains Wayne Klomp and Great Basin Law as counsel of record, so no substitution of counsel is necessary, and the Water District's interests continue to be adequately represented in this litigation. Dylan Frehner is no longer working with the Lincoln County District Attorney's Office and

the Lincoln County Water District has elected not to continue to retain that office as counsel of record in this litigation. The Water District and Judge Frehner, through his former Office of the Lincoln County District Attorney, respectfully request the removal of Judge Frehner and the Lincoln County District Attorney's Office from the list of attorneys associated with this case, as well as the Court's electronic service list and service of future court documents.

Dated:  August 1, 2025

| GREAT BASIN LAW | LINCOLN COUNTY DISTRICT ATTORNEY'S OFFICE |
|---|---|
| By:  /s/ Wayne Klomp<br>Wayne Klomp, Esq.<br>PO Box 17225<br>Reno, Nevada  89511<br>wayne@greatbasinlawer.com<br>*Attorney for Lincoln County Water District* | By:  /s/ Wayne Klomp<br>Wayne Klomp, Esq.<br>Deputy District Attorney<br>181 N. Main Street, Suite 205<br>P.O. Box 60<br>Pioche, Nevada  89043 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 8, 2025