| | |
|---|---|
| AARON D. FORD<br>Attorney General<br>JESSICA E. WHELAN (Bar No. 14781)<br>Chief Deputy Solicitor General<br>J. GREGORY CLOWARD (Bar No. 15890)<br>Senior Deputy Attorney General<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, Nevada 89701-4717<br>T: (775) 684-1264<br>E: jwehlan@ag.nv.gov<br>  jcloward@ag.nv.gov<br>*Attorneys for Defendants State Engineer* | SYLVESTER & POLEDNAK, LTD.<br>JEFFREY R. SYLVESTER, ESQ.<br>Nevada Bar No. 4396<br>MATTHEW T. KNEELAND, ESQ.<br>Nevada Bar No. 11829<br>1731 Village Center Circle<br>Las Vegas, Nevada 89134<br>Telephone: (702) 952-5200<br>Facsimile: (702) 952-5205<br>Email: jeff@sylvesterpolednak.com<br>Email: matthew@sylvesterpolednak.com<br>*Co-Counsel for Defendants State Engineer* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LINCOLN COUNTY WATER DISTRICT, a political subdivision of the State of Nevada, and VIDLER WATER COMPANY, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, AND NEVADA STATE ENGINEER, and ADAM SULLIVAN, STATE ENGINEER,<br><br>Defendants. | Case No. 2:20-CV-01891-RFB-EJY<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' OPPOSITION TO MOTION TO LIFT STAY DEADLINE** |

Plaintiffs LINCOLN COUNTY WATER DISTRICT and VIDLER WATER COMPANY, INC. (collectively, the "Plaintiffs") and Defendants STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, and NEVADA STATE ENGINEER and ADAM SULLIVAN, STATE ENGINEER ("State Engineer"), by and through their respective counsel, respectfully submit this

Stipulation and Order to extend the deadline for State Engineer's Opposition to Plaintiffs' Motion to Lift Stay for two (2) weeks from August 19, 2025 to September 2, 2025.

IT IS SO STIPULATED.

DATED this 12th day of August, 2025.

**SYLVESTER & POLEDNAK, LTD.**

By: /s/ Matthew T. Kneeland
　　Jeffrey R. Sylvester, Esq.
　　Matthew T. Kneeland, Esq.
　　1731 Village Center Circle
　　Las Vegas, Nevada 8914
　　*Attorneys for Defendants*

DATED this 12th day of August, 2025.

By: /s/ John C. Lemaster
　　Karen A. Peterson, Esq.
　　Allison Mackenzie, Ltd.
　　402 North Division Street
　　Carson City, NV 89703

　　John C. Lemaster, Esq.
　　Admitted Pro Hac Vice
　　CLARK HILL PLC
　　3200 North Central Avenue. Ste. 1600
　　Phoenix, AZ 85012
　　*Attorneys for Plaintiff Vidler Water Company*

By: /s/ Wayne O. Klomp
　　Wayne O. Klomp, Esq.
　　GREAT BASIN LAW
　　Po Box 17225
　　Reno, NV 89511
　　*Attorney for Plaintiff, Lincoln County Water District*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: August 12, 2025